AFFIDAVIT OF SERVICE


P22412662

WARSHAW BURSTEIN, LLP   JAMES A. WOLFF
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

CHRIS COOPER, ET AL.,

                                            PLAINTIFF
                        - vs -
PATRICIA BELLASALMA, ET AL.,
                                            DEFENDANT

index No. 1:24-CV-00832-UNA
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _California_, COUNTY OF _Alameda_ :SS:

_Luis Solis Carrillo_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _California_.

On _September 10, 2024_ at _8:56 pm_,

at 6557 ASCOT DR  OAKLAND, CA 94611

deponent served the within **AMENDED COMPLAINT, DEMAND FOR JURY TRIAL** on: **KEITH MALCOLM SPEARS**, the **DEFENDANT** therein named.

X #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION   By delivering a true copy of each personally to _____,
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.
Deponent knew the person so served to be the _____
of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

___ #5 MAIL COPY   On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
Sex: _Male_   Color: _Black_   Hair: _Gray_
Age: _60_   Height: _5'6"_   Weight: _145_
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

_CA Jurat attached_
NOTARY NAME & DATE

_Luis Solis Carrillo_
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WBNY-22412662

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ALAMEDA

Subscribed and sworn to (or affirmed) before me on this 24TH day of SEPTEMBER, 20 24, by LUIS SOLIS CARRILLO _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



JENNIFER PISCIOTTA
Notary Public - California
Alameda County
Commission # 2483829
My Comm. Expires Mar 19, 2028

(Seal)            Signature _____