# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Delaware

Case Number: 1:24-CV-00832-UNA

Plaintiff:
**CHRIS COOPER, ET AL.,**

vs.

Defendant:
**PATRICIA BELLASALMA, ET AL.,**

For:
WARSHAW BURSTEIN, LLP

Received by LEXITAS to be served on **MAGALY ZAGAL, C/O CT CORPORATION, 330 NORTH BRAND BLVD SUITE 700, GLENDALE, CA 91203**.

I, Douglas Forrest, do hereby affirm that on the **4th day of October, 2024** at **12:40 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **AMENDED COMPLAINT, DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **DAISY MONTENEGRO** as **INTAKE SPECIALIST** at the address of: **CT CORPORATION, 330 NORTH BRAND BLVD SUITE 700, GLENDALE, CA 91203**, who stated they are authorized to accept service for **MAGALY ZAGAL**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: HISPANIC, Height: 5-3, Weight: 150, Hair: DARK, Glasses: .

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

I affirm this  7  day of  OCTOBER , 20 24 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Douglas Forrest**
#5141
10/7/24
**Date**

**LEXITAS**
1235 BROADWAY
2ND FLOOR
NEW YORK, NY 10001
(347) 859-8821

Our Job Serial Number: ACA-2024004117
Ref: •22611636
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a