**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP

222 Delaware Ave., Suite 720
Wilmington, DE 19801

Telephone: 302-421-0986
Facsimile: 302-485-1511
www.kaufmandolowich.com

*Kristen S. Swift, Esquire*
*Partner – Delaware*
Email: Kristen.Swift@kaufmandolowich.com

November 4, 2024

**Via PACER**
The Honorable Maryellen Noreika
U.S. District Court District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re: *Cooper et al. v. Bellasalma et al.*
1:24-cv-00832-MN

Dear Judge Noreika:

I write with an update regarding my clients', Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith, and The Law Office of Blane A. Smith, Motion for Extension filed on September 26, 2024, and Order in response to same issued by this Honorable Court on October 15, 2024, allowing my clients to file responsive pleadings on or by November 12, 2024.

Specifically, I write to note that in consideration of the Rule 4 stipulation requested by opposing counsel on November 1, 2024, and my clients' agreement to same, my clients will file a response to the Plaintiffs' Complaint on or by **December 30, 2024,** in a manner consistent with the requirements of Rule 4.

I am available to discuss further at the Court's convenience.

Respectfully submitted,

*/s/ Kristen S. Swift*

Kristen S. Swift (No. 6077)

KSS

cc: Antranig N. Garibian, Plaintiff's Counsel