# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS COOPER, STARDUST389, INC., and AIRLOCK389, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA BELLASALMA, SHANNON SMITH-CROWLEY, RICHARD CABAEL, DAVID TRAUB, KEATH SPEARS, DENIS G. LUCINDO, PAUL PARMON, MICHAEL ARIZOLA, DIVYESH MAKWANA, CATERINA NETTI, CARIE ELENA EDWARDS, LAURA DUNPHY, COLE SMITH-CROWLEY, SANDRA WILLIAMS, TORI TRASK, BLANE A. SMITH, THE LAW OFFICE OF BLANE A. SMITH, MAGALY ZAGAL, CALIFORNIA CAPITOLO STRATEGIES LLC,<br><br>Defendants. | Case No. 1:24-cv-00832-MN |

### DEFENDANTS SHANNON SMITH-CROWLEY, COLE SMITH-CROWLEY, BLANE A. SMITH AND THE LAW OFFICE OF BLANE A. SMITH'S <u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6) and 9(b), Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith (together, the "Smith Defendants" or "Moving Defendants"),hereby move for an Order dismissing the entire Amended Complaint in the above-captioned action against them with prejudice: for lack of subject matter jurisdiction pursuant to Rule 12(b)(1); lack of personal jurisdiction pursuant to Rule 12(b)(2); for failure to state a cause of action (as to all Causes of Action alleged against them) pursuant to Rule 12(b)(6); and for failure to satisfy the statute of limitations pursuant to Rule 12(b)(6) regarding the Sixth Cause of Action against Defendant Shannon Smith.

1

The reasons for the Motion are set forth in the Opening Brief filed contemporaneously herewith.

**KAUFMAN DOLOWICH LLP**

 /s/Kristen S. Swift
Kristen S. Swift (No.6077)
222 Delaware Avenue, Suite 720
Wilmington, DE 19801
(302) 482-8662

*Attorney for Defendants*
*Shannon Smith-Crowley, Cole Smith-Crowley,*
*Blane A. Smith and The Law Office*
*of Blane A. Smith*

Dated: December 30, 2024