# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS COOPER, STARDUST389, INC., and AIRLOCK389, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-00832-MN |
| PATRICIA BELLASALMA, SHANNON SMITH-CROWLEY, RICHARD CABAEL, DAVID TRAUB, KEATH SPEARS, DENIS G. LUCINDO, PAUL PARMON, MICHAEL ARIZOLA, DIVYESH MAKWANA, CATERINA NETTI, CARIE ELENA EDWARDS, LAURA DUNPHY, COLE SMITH-CROWLEY, SANDRA WILLIAMS, TORI TRASK, BLANE A. SMITH, THE LAW OFFICE OF BLANE A. SMITH, MAGALY ZAGAL, CALIFORNIA CAPITOLO STRATEGIES LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER OF DISMISSAL

Whereas, upon consideration of Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith, and The Law Office of Blane A. Smith's Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6) and 9(b) and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Amended Complaint is dismissed in its entirety with prejudice as against the Moving Defendants.

**SO ORDERED** this _____ day of _____, 2025.

_____
Honorable Maryellen Noreika
United States District Judge