# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP

222 Delaware Ave., Suite 720
Wilmington, DE 19801

Telephone: 302-421-0986
Facsimile: 302-485-1511
www.kaufmandolowich.com

*Kristen S. Swift, Esquire*
*Partner – Delaware*
Email: Kristen.Swift@kaufmandolowich.com

January 13, 2025

**<u>Via Hand Delivery</u>**
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N. Market Street, Unite 18
Wilmington, DE 19801

  Re: *Chris Cooper et al. v. Patricia Bellasalma, et al.*
    C.A. No: 1:24-cv-00832-MN

Dear Judge Noreika:

  I enclose herewith two courtesy copies of Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith's Opening Brief in Support of Motion to Dismiss Claims Against Them.

  I am available at the convenience of the Court to address any questions or concerns.

           Respectfully,

           */s/ Kristen S. Swift*

           Kristen S. Swift

KSS/mw

Enclosures

Cc: **Antranig N. Garibian, Esquire w/o Encl.**