

January 17, 2025

*<u>Via Overnight Mail</u>*
Honorable Maryellen Noreika
United States District Court
844 N. King Street, Unit 18
Wilmington, DE 19801

      Re:    <u>Chris Cooper et al. v. Patricia Bellasalma, et al.</u>
              C.A. No. 1:24-cv-00832-MN

Your Honor,

    Our firm represents Plaintiffs Chris Cooper, Stardust389, Inc., and Airlock389, Inc. regarding the above matter. Enclosed please find two courtesy copies of Plaintiffs' Memorandum of Law in Opposition to Smith Defendants' Motion to Dismiss.

    I am available at the convenience of the Court should there be any questions.

                            Respectfully submitted,

                            ANTRANIG GARIBIAN

AG/kb
Enclosure

261 Old York Road, Unit 427, Jenkintown, PA 19046 • 18 East 41st Street, 6th Floor, New York, NY 10017
Brandywine Plaza East, 1523 Concord Pike, Suite 400, Wilmington, DE 19803
215.326.9179 • 302.722.6885 • ag@garibianlaw.com • www.garibianlaw.com