# KAUFMAN DOLOWICH

Kaufman Dolowich LLP

222 Delaware Ave., Suite 720
Wilmington, DE 19801

Telephone: 302-421-0986
Facsimile: 302-485-1511
www.kaufmandolowich.com

*Kristen S. Swift, Esquire*
*Partner – Delaware*
*Email: Kristen.Swift@kaufmandolowich.com*

January 21, 2025

<u>Via E-file</u>
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N. Market Street, Suite 18
Wilmington, DE 19801

  Re: *Chris Cooper et al. v. Patricia Bellasalma, et al.*
    C.A. No: 1:24-cv-00832-MN

Dear Judge Noreika:

  I write on behalf of Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith in consideration of the Motion to Dismiss filed on their behalf (D.I.14).

  Specifically, now that all briefing on the Motion to Dismiss has been submitted, I write to respectfully request that oral argument be held on the Motion to Dismiss unless this Honorable Court disagrees and finds that argument is unnecessary.

  I am available at the Court's convenience to address any questions or concerns.

  Thank you for considering this request.

                Sincerely,

                */s/ Kristen S. Swift*

                Kristen S. Swift

KSS/mas

cc: Antranig N. Garibian, w/o Encl.