**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP

222 Delaware Ave., Suite 720
Wilmington, DE 19801

Telephone: 302-421-0986
Facsimile: 302-485-1511
www.kaufmandolowich.com

*Kristen S. Swift, Esquire*
*Partner – Delaware*
Email: Kristen.Swift@kaufmandolowich.com

January 21, 2025

<u>**Via Hand Delivery**</u>
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N. Market Street, Unite 18
Wilmington, DE 19801

    Re:    *Chris Cooper et al. v. Patricia Bellasalma, et al.*
             C.A. No: 1:24-cv-00832-MN

Dear Judge Noreika:

    I enclose herewith two courtesy copies of Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith's Reply Brief in Support of Their Motion to Dismiss.

    I am available at the convenience of the Court to address any questions or concerns.

                                        Sincerely,

                                        */s/ Kristen S. Swift*

                                        Kristen S. Swift

KSS/mas
Encls.

Cc:  **Antranig N. Garibian, Esquire w/o Encl.**