# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS COOPER, STARDUST 389, INC. And AIRLOCK 389, INC., | : : : |
| Plaintiffs, | : C.A. No.: 1:24-cv-00832-MN |
| v. | : : : |
| PATRICIA BELLASALMA, SHANNON SMITH-CROWLEY, RICHARD CABAEL, DAVID TRAUB, KEATH SPEARS, DENIS G. LUCINDO, PAUL PARMON, MICHAEL ARIZOLA, DIVYESH MAKWANA, CATERINA NETTI, CARIE ELENA EDWARDS, LAURA DUNPHY, COLE SMITH-CROWLEY, SANDRA WILLIAMS, TORI TRASK, BLANE A. SMITH, THE LAW OFFICE OF BLANE A. SMITH, MAGALY ZAGAL, CALIFORNIA CAPITOLIO STRATEGIES LLC, | : : : : : : : : : : : : |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

Kindly substitute and enter the appearance of Monica Townsend, Esq., Delaware Bar ID #3409 on behalf of Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith and withdraw the appearance of Daniel Hagelberg, Esq.

| | |
|---|---|
| **O'KELLY & O'ROURKE LLC** | **KAUFMAN DOLOWICH LLP** |
| */s/ Daniel Hagelberg* | */s/ Kristen Swift* |
| Daniel Hagelberg. (DE #6813) | Kristen Swift, Esq. (DE #6077) |
| 824 N. Market Street, Suite 1001a | Monica Townsend, Esq. (DE #3409) |
| Wilmington, DE 19801 | 222 Delaware Ave., Suite 720 |
| (302) 778-4000 | (302) 421-0986 |
| dhagelberg@okorlaw.com | kristen.swift@kaufmandolowich.com |
| | monica.townsend@kaufmandolowich.com |
| | *Attorneys for Defendants Shannon Smith-Crowley, Cole Smith-Crowley, Blane A. Smith and The Law Office of Blane A. Smith* |

Dated: March 26, 2025